## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

UNITED STATES        *

                  *

      v.          *     MAG. NO.

                  *

SERGIO LOPEZ        *

                  *

*****

### ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Fed. R. Crim. P. 43(b)(2) and Standing Order 2020-06, this Court finds:

[X] That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

[X] That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:
     1. COVID pandemic, 2. Inability to conduct in-person hearing for indefinite period, and
     3. Consent of defendant.


Accordingly, the proceeding(s) held on this date may be conducted by:

[X] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

     [ ] The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

     [ ] Other:


Date:    3/31/21

                             Honorable Anthony R. Mautone
                             United States Magistrate Judge